PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Arande Major**                                                                 Docket No.**11-6647**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Barbara Hutchinson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Arande Major**, who was placed under pretrial release supervision by the **Honorable Patty Shwartz** sitting in the Court at Newark, New Jersey, on August 2, 2011, on a $100,000 Unsecured Appearance Bond co-signed by his mother, Rosyln Major, along with the additional conditions of release:

1. Pretrial Services supervision;
2. The defendant's mother, Rosyln Major, and his girlfriend, Kadejah McCuthen shall serve as third party custodians;
3. The defendant shall reside with his third party custodians;
4. The defendant shall be placed on 24 hour house arrest with electronic monitoring except for medical necessities and court appearances, unless otherwise specifically approved by the court;
5. The defendant shall submit to drug testing and treatment as deemed appropriate by Pretrial Services;
6. Surrender all passports and travel documents to Pretrial Services. Do not apply for any new documents;
7. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services;
8. Surrender/do not possess any firearms or other dangerous weapons.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **A Bail Review Hearing is Scheduled** for 12/15/11 @ 10:00 A.M.

ORDER OF COURT

Considered and ordered this _12th_ day of _November_, _2011_ and ordered filed and made a part of the records in the above case.

_____
Honorable Katharine S. Hayden
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _December 13, 2011_

_____ Steve Casale FOR:
Barbara Hutchinson
United States Pretrial Services Officer