UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America   :   Criminal No. 11-831  (KSH)

        Plaintiff(s)

        :

vs.

        :   **ORDER OF DETENTION**

Arande Major

        Defendant(s)   :

The United States Marshal Service is directed to take the above named defendant into custody pending further order of this court.   Bail previously set is hereby revoked.

SO ORDERED

_____
KATHARINE S. HAYDEN,  U.S.D.J.

Date: 3/15/12