UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 11-cr-0831 |
| ARANDE MAJOR | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Osmar J. Benvenuto, Assistant United States Attorney, appearing), and defendant ARANDE MAJOR (David Holman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defense counsel has informed the United States that defendant ARANDE MAJOR wishes to enter a plea of guilty to the Indictment;

(2) The Court has scheduled a Rule 11 plea hearing for October 15, 2012;

(3) Defense counsel and the United States desire additional time to have that plea entered and accepted by the Court, which would render any trial of this matter unnecessary;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this       day of September, 2012,

ORDERED that this action be, and hereby is, continued until October 31, 2012; and it is further

ORDERED that the period from September 18, 2012, through October 31, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KATHARINE S. HAYDEN
United States District Judge

Consented to:

Osmar J. Benvenuto
Assistant United States Attorney


David Holman, Esq.
Counsel for defendant ARANDE MAJOR